UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Myra Catherine Solliday,

        Plaintiff,

v.

Director of Bureau of Prisions, Regional
Director Michael K. Nalley, and Office of
General Counsel, Federal Bureau of Prisons,

        Defendants.

Civil No. 11-cv-2350 (MJD/JJG)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Quintez Talley, Jonathan Rich, Jimmy Thula, and Eddie Breivik's Motion to Intervene (ECF No. 55) is **DENIED.**

3. An order be issued further restricting the proposed filings of Jonathan Lee Riches (a.k.a. Jonathan Rich, Rich Jonny Lee, Gordon Gekko, Ryan Howard, Mats Sundin, Trevor Wikre, or anyone signing with Inmate Identification Number KX9662) by directing the Clerk of Court for the District of Minnesota to refuse **any type of filings** submitted by Mr. Riches unless he receives permission to file the proposed

document from a United States Magistrate Judge or unless the document is signed by a licensed attorney;

4. Quintez Talley, Jimmy Thula (a.k.a. Jimmy Thule, Jimmy Jahar Thula, Jimmy James Thule, and James Jared Thule), and Eddie Breivik (a.k.a. Edward Breivik) be forewarned that if they make more frivolous filings in this District, they may be added to the District's list of "restricted filers"; and

5. The Clerk's Office mail a copy of this order to each of the Movants at the addresses listed in their Motion (ECF No. 55 at 2).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 14, 2014        s/Michael J. Davis
                                                           MICHAEL J. DAVIS
                                                           Chief United States District Judge